## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYLER T. HEAGY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-2672** |
| | : | |
| **J. TERRA, *et al.*,** | : | |
| **Defendants.** | : | |

### <u>ORDER</u>

AND NOW, this  7th  day of August, 2025, upon consideration of Plaintiff Tyler T.

Heagy's Amended Complaint (ECF No. 12), it is **ORDERED** that, for the reasons stated in the

Court's Memorandum, the Amended Complaint is **DISMISSED WITH PREJUDICE.**

The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**


_____

**MARY KAY COSTELLO, J.**